# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**CRUSA CINCINNATI, LLC,**

    **Plaintiff,**

  v.                                **Case No. 1:23-cv-361**
                                            **JUDGE DOUGLAS R. COLE**

**RANDY M. O'HARA, et al.,**

    **Defendants.**

## AGREED ENTRY OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(2), and upon agreement of the parties, the Court hereby dismisses the within action, without prejudice. Costs are taxed to the Plaintiff.

    **SO ORDERED.**

August 15, 2023
**DATE**

                                                **DOUGLAS R. COLE**
                                                **UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| /s/ Donald A. Lane | /s/ J. Stephens, III per auth 8/14/23 |
| Donald A. Lane | S. Joseph Stephens III |
| Jonathon A. Powell | Faith Clair Whittaker |
| Attorneys for Plaintiff | Attorneys for Defendants |
| Droder & Miller Co., LPA | Dinsmore & Shohl LLP |
| 250 East Fifth Street, Suite 700 | 255 East Fifth Street, Suite 1900 |
| Cincinnati, Ohio 45202 | Cincinnati, Ohio 45202 |
| 513/721-1504 | 513/977-8200 |
| 513/721-0310 facsimile | 513/977-8141 facsimile |
| dlane@drodermiller.com | joseph.stephens@dinsmore.com |
| jpowell@drodermiller.com | faith.whittaker@dinsmore.com |